(Pleito No. 153.—Fallado el 14 de Octubre de 1901.)

### Ríos contra Medina.

Competencia suscitada entre el Juez Municipal de Catedral, San Juan, y el de Ponce.

Competencia. A falta de sumisión expresa ó tácita, es competente para conocer de los juicios en que se ejercitan acciones personales, el del lugar en que deba cumplirse la obligación.

#### SENTENCIA.

En la Ciudad de San Juan Bautista de Puerto Rico, á catorce de Octubre de mil novecientos uno, en la competencia que ante Nos pende, suscitada entre los Jueces municipales del Distrito de Catedral de esta Capital y de Ponce, acerca del conocimiento de la demanda deducida por Don Juan N. Ríos contra Don Félix Medina, en cobro de pesos, no habiendo comparecido las partes ante este Tribunal Supremo.—Resultando: Que en catorce de Agosto último Don Juan N. Ríos, vecino de Ponce, formuló ante el Juzgado municipal de esa Ciudad, demanda á juicio verbal contra Don Félix Medina, del vecindario de esta Capital, para que le pagara la cantidad de cincuenta y un dollars, con cuarenta y cinco centavos, procedentes de préstamo hecho al Medina en Ponce, y para el cual, él había tenido que acudir á su vez á Don Juan José Clavell, por carecer de dinero con que realizar el préstamo, quedando responsable al reintegro de la cantidad entregada por Clavell, que fueron treinta y cinco pesos provinciales, los que con el interés del cinco por ciento mensual, á contar desde el veinte y siete de Febrero de mil

ochocientos noventa y nueve, montaba la cantidad reclamada.—Resultando: Que Ríos acompañó á la demanda un pagaré por él suscrito en veinte y siete de Febrero de mil ochocientos noventa y nueve, á favor de Don Juan J. Clavell, por la suma de treinta y cinco duros, moneda provincial, á pagar en el mes de Marzo siguiente, cuatro cartas dirigidas por Medina á Ríos, dos de ellas desde Yauco en veinte y uno de Abril y veinte y nueve de Mayo de mil ochocientos noventa y nueve, otra desde San Germán en quince de Junio del mismo año, y la cuarta desde Mayagüez en veinte y siete de Agosto, también de mil ochocientos noventa y nueve, prometiendo pagar el dinero facilitado por Clavell, con sus intereses, y finalmente otra carta de Medina, sin fecha, á Don Juan José Clavell, en que hace igual promesa.—Resultando: Que señalado día para la celebración del juicio, se citó al efecto á Don Félix Medina, quien promovió inhibitoria en el Juzgado municipal del Distrito de Catedral de esta Capital, que verificó la citación, por ser el del domicilio del referido Medina, fundándose en que radicaba en él la competencia para conocer del juicio, de conformidad á la regla 1ª del artículo 62 de la Ley de Enjuiciamiento Civil, mediante ejercitarse una acción personal y no existir lugar determinado para el cumplimiento de la obligación reclamada, sin que tampoco se hubiere sometido expresa ni tácitamente al Juzgado municipal de Ponce; inhibitoria que estimó procedente el Fiscal municipal y acordó el Juzgado por las mismas razones alegadas.—Resultando: Que dirigido al Juzgado municipal de Ponce el requerimiento oportuno, oyó sobre el mismo á su vez á la parte demandante, que en la correspondiente comparecencia impugnó la inhibitoria y sostuvo que habiendo contraído Medina en Ponce la obligación personal del pago y reiterado por medio de cartas la promesa de verificarlo en esa misma ciudad, donde recibió en préstamo el dinero que se le reclamaba, allí radicaba la competencia para conocer del juicio, con arreglo al párrafo 2º del artículo 1,171 del Código Civil y la jurispru-

dencia establecida por el Tribunal Supremo de España.—
Resultando: Que oído asimismo por dicho Juzgado de
Ponce el Fiscal municipal, se adhirió éste á la impugnación
hecha por la parte demandante, en atención á que el con-
trato se efectuó en dicha Ciudad, y á virtud de los preceptos
establecidos por el Código Civil y Ley de Procedimiento.—
Resultando: Que habiendo insistido en el requerimiento
el Juzgado municipal de Catedral, tanto éste como el de
Ponce han remitido sus respectivas actuaciones á este Tri-
bunal Supremo, y el Ministerio Fiscal en su anterior dicta-
men estima que conforme á lo dispuesto en el número 1? del
artículo 62 de la Ley de Enjuiciamiento Civil, el segundo de
dichos Juzgados es el competente para conocer del juicio.—
Siendo Ponente el Juez Asociado Don José C. Hernández.—
Considerando: Que á falta de sumisión expresa ó tácita es
competente para conocer de los juicios en que se ejercitan
acciones personales, en primer lugar, según la regla 1ª del
artículo 62 de la Ley de Enjuiciamiento Civil, el del sitio en
que deba cumplirse la obligación.—Considerando: Que ha-
biéndose celebrado en Ponce el contrato de préstamo y reci-
bídose allí el dinero, cuya reclamación con sus intereses ha
dado lugar al juicio, concurriendo además la circunstancia
de haber prometido el deudor en reiteradas cartas dirigidas
á dicha ciudad verificar el reintegro de lo adeudado, es claro
que con sujeción á la regla 1ª del artículo 62 de la Ley de
Enjuiciamiento Civil y á la jurisprudencia del Tribunal
Supremo de España, establecida por varias sentencias, entre
otras, las de veinte y cuatro de Noviembre de mil ocho-
cientos ochenta y cuatro, y 1? de Junio de mil ochocientos
noventa y cuatro, es competente para conocer del juicio de
que se trata el Juez municipal de Ponce, por ser el lugar en
que debía cumplirse la obligación.—Fallamos: Que debemos
declarar y declaramos que el conocimiento de la demanda en
juicio verbal, motivo de la presente competencia, corresponde
al Juzgado municipal de Ponce, al que mandamos se remitan
todas las actuaciones elevadas á este Tribunal Supremo, con

la oportuna certificación, poniéndose esta resolución en conocimiento del de igual clase del Distrito de Catedral de esta Capital, sin especial condena de costas.—Así por esta nuestra sentencia, que se publicará en la *Gaceta*, lo pronunciamos, mandamos y firmamos.

José S. Quiñones.—José C. Hernández.—Louis Sulzbacher.

Publicación.—Leída y publicada fué la anterior sentencia por el Sr. Juez Asociado del Tribunal Supremo Don José C. Hernández, celebrando audiencia pública dicho Tribunal en el día de hoy, de que como Secretario sustituto certifico, en Puerto Rico, á catorce de Octubre de mil novecientos uno. —Eugenio Alvarez, *Secretario sustituto.*